UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERTO MINAYA-RODRIGUEZ,

                    Petitioner,

      -against-

WARDEN,

                    Respondent.

23-CV-8633 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 4, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 4, 2023
            New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                          Chief United States District Judge